■ ESTATE OF EUGENE KOENIG, by MICHAEL J. GATHANY, as Executor of EUGENE KOENIG, Deceased, Appellant, v PAUL A. NICHOLS et al., Respondents. [693 NYS2d 463] —Appeal from an order of the Supreme Court (Rose, J.), entered April 15, 1998 in Tioga County, which, *inter alia*, granted defendant Stanley Nichols' motion for summary judgment dismissing the complaint against him.

Order affirmed, upon the opinion of Justice Robert S. Rose.

Mikoll, J. P., Mercure, Peters, Carpinello and Graffeo, JJ., concur. Ordered that the order is affirmed, with costs.